```
BENJAMIN B. WAGNER
United States Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br> VICTOR GOMEZ-GUTIERREZ,             )<br>                                    )<br>            Defendant.              )<br>_____) | Case No. 1:09-CR-00305 AWI<br><br>MOTION AND ORDER TO DISMISS<br>INDICTMENT |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and WALLACE J. LEE, Special Assistant United States Attorney, hereby moves to dismiss the indictment in this case without prejudice in the interest of justice.

```
DATED: April 17, 2012              Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ Wallace J. Lee
                                   WALLACE J. LEE
                                   Special Assistant U.S. Attorney
```

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.
IT IS SO ORDERED.

Dated:     April 18, 2012
                                      CHIEF UNITED STATES DISTRICT JUDGE